UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                  )<br>                              Plaintiff,       )<br>                                                                  )<br>                       v.                          )<br>                                                                  )<br>NOVA-TECH, INC., a corporation, and GLORIA  )<br>J. THESENVITZ, an individual,               )<br>                                                                  )<br>                              Defendants.    )<br>_____ ) | Civil Case No.  8:07-cv-257-RGK-DLP |

ORDER

Before the Court is the parties' Stipulation and Joint Motion to Continue the Rule 26(f) Conference (Dkt. #5).  Having considered that motion and the entire record herein, it is hereby ORDERED that the deadline by which the parties must submit their Rule 26(f) report is continued 30 days to October 11, 2007.

Dated: September 13, 2007

                                               BY THE COURT

                                               s/ *David L. Piester*
                                               David L. Piester
                                               United States Magistrate Judge